UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY A. STOLECKI,

        Plaintiff,                  Civil Action No. 15-10517
                                        Honorable Marianne O. Battani
v.                                       Magistrate Judge Elizabeth A. Stafford

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.
_____/

## ORDER FOR RESPONSE TO MOTION

On August 5, 2015, Plaintiff Kimberly A. Stolecki filed a motion for summary judgment. Defendant Commissioner of Social Security has failed to file a timely response to this motion. Thus, Defendant is hereby ordered to file a response/motion for summary judgment by **October 12, 2015**.

     **IT IS SO ORDERED.**

                                              s/Elizabeth A. Stafford
                                              ELIZABETH A. STAFFORD
                                              United States Magistrate Judge

Dated: October 6, 2015

## CERTIFICATE OF SERVICE

     The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 6, 2015.

                                              s/Marlena Williams
                                              MARLENA WILLIAMS
                                              Case Manager